## RECONSIDERATION DOCKET

**97–1497. State v. Ashworth.**

Licking C.P. No. 96CR356. Reported at 85 Ohio St.3d 56, 706 N.E.2d 1231. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**98–2307. Westerfield v. Metro. Ins. Co.**

Cuyahoga App. No. 73356. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–357. Mays v. Moran.**

Ross App. Nos. 97CA2385 and 97CA2386. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for · dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.